Kenneth Wayne WATFORD,
Plaintiff-Appellant,

v.

UNITED STATES of America,
Defendant-Appellee.

No. 16-6810

United States Court of Appeals,
Fourth Circuit.

Submitted: November 17, 2016

Decided: November 22, 2016

Kenneth Wayne Watford, Appellant Pro Se.

Before GREGORY, Chief Judge, and MOTZ and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Wayne Watford appeals the district court's order denying his motion for the return of property. We have reviewed the record and find no reversible error. See Fed. R. Crim. P. 41(g). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED